IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC 2017 LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 20-1051-CFC |
| NEXON CO., LTD and NEXON KOREA CORPORATION | |
| Defendants. | |

## MEMORANDUM ORDER

WHEREAS, Defendants filed Defendant NEXON Co., Ltd.'s Motion to Dismiss for Insufficient Service and Lack of Personal Jurisdiction (D.I. 14);

WHEREAS, Defendants have also filed Defendant NEXON Korea Corporation's Motion to Dismiss for Insufficient Service and Lack of Personal Jurisdiction (D.I. 15);

WHEREAS, Plaintiff failed to timely file a response to either motion;

NOW THEREFORE, at Wilmington this Fifteenth day of January in 2021,

**IT IS HEREBY ORDERED** that Defendant NEXON Co., Ltd.'s Motion to Dismiss for Insufficient Service and Lack of Personal Jurisdiction (D.I. 14) is GRANTED and Defendant NEXON Korea Corporation's Motion to Dismiss for

Insufficient Service and Lack of Personal Jurisdiction (D.I. 15) is GRANTED and the Court of the Clerk is directed to CLOSE the case.

_____
UNITED STATES DISTRICT JUDGE